

October 14, 2022

**VIA ECF**
The Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *Young v. First Horizon Bank,*
                  Case No.: 1:22-cv-2809

Dear Judge Oetken,

      The undersigned represents Leshawn Young, ("Plaintiff") in the above referenced matter against Defendant, First Horizon Bank, ("Defendant") (collectively the "Parties"). We write, with Defendant's consent, to inform the Court that the Parties have reached a settlement in principle and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

      We thank the Court for its time and attention in this matter.

                                                         Respectfully submitted,

                                                        */s/Michael A. LaBollita, Esq.*
                                                        Michael A. LaBollita, Esq.